**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ABRAHAM SHITRAI ISRAEL,

                          Plaintiff,                5:25-cv-00248 (BKS/MJK)

v.

BARBARA GUINN, et al.,

                          Defendants.

---

**Appearances:**

*Plaintiffs Pro se:*
Abraham Shitrai Israel
Buffalo, NY 14208

**Hon. Brenda K. Sannes, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

## I.      INTRODUCTION

Plaintiff pro se Abraham Shitrai Israel filed this action under 42 U.S.C. § 1983, alleging violations of the Eighth and Fourteenth Amendments, the Fair Housing Act, 42 U.S.C. § 3601 et seq., the New York State Constitution, and various state laws. (Dkt. No. 1). On October 16, 2025, the Court issued a Memorandum-Decision and Order adopting, in part, United States Magistrate Judge Mitchell J. Katz's Report-Recommendation, (Dkt. No. 6), and dismissing the Complaint, (Dkt. No. 16). The Court granted Plaintiff leave to replead certain claims and advised that failure to file an amended complaint within thirty days would result in the closure of this case and entry of judgment. (Dkt. No. 16, at 15). No amended complaint was filed and on December 17, 2025, the Court closed this case and entered judgment accordingly. (Dkt. No. 23). On January 16, 2026, Plaintiff filed a letter requesting an extension of time to file an amended

complaint. (Dkt. No. 25). In light of Plaintiff's pro se status, the Court liberally construed Plaintiff's letter as a motion to vacate judgment under Federal Rule of Civil Procedure 60, vacated judgment, and granted Plaintiff thirty days to file an amended complaint. (Dkt. No. 26). On February 7, 2026, Plaintiff filed an Amended Complaint. (Dkt. No. 27). This action was again referred to Magistrate Judge Katz for an initial review pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). On April 24, 2026, Magistrate Judge Katz issued a Report-Recommendation recommending that the Court dismiss Plaintiff's federal claims with prejudice and without leave to replead and that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims. (Dkt. No. 28, at 23–25). Magistrate Judge Katz advised Plaintiff that he had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 26). Plaintiff filed no objections to the Report-Recommendation.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation and having found no clear error, the Court adopts the Report-Recommendation in its entirety.

## II.    CONCLUSION

For these reasons, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 28) is **ADOPTED in its entirety**; and it is further

**ORDERED** that the federal claims in Plaintiff's Amended Complaint (Dkt. No. 27) are **DISMISSED with prejudice and without leave to amend**; and it is further

**ORDERED** that the Court declines to exercise supplemental jurisdiction over the state

law claims in Plaintiff's Amended Complaint; and it is further

ORDERED that the state law claims are **DISMISSED without prejudice**; and it is further

ORDERED that the Clerk is directed to enter judgment and close this case; and it is further

ORDERED that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: May 27, 2026
       Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge

3